

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2015

No. 04-14-00527-CV

Anna Maria Salinas **SAENZ**, et al.,
Appellant

v.

**THORP PETROLEUM CORP**., et al.,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-04-120
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file Reply Brief is GRANTED. Time is extended to May 7, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court